United States District Court
Southern District of Texas
**ENTERED**
June 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN A. ROBINSON, JR., § § § § § § § § § § | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. 4:24-CV-1175 |
| U.S. BANK TRUST N.A., | |
| Defendant. | |

# FINAL JUDGMENT

Plaintiff John Robinson, Jr. brought this suit against Defendant U.S. Bank Trust N.A. in Texas state court. ECF No. 1. Defendant then removed it to this Court. *Id.* Defendant moved to dismiss. ECF No. 7. The Court granted Defendant's Motion to Dismiss at a hearing on June 26, 2024, for the reasons stated on the record.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant U.S. Bank Trust N.A.

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 28, 2024.

_____
Keith P. Ellison
United States District Judge